UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LINDENSMITH,

    Plaintiff,                                         Civil Action No. 10-CV-13530

vs.                                              HON. BERNARD A. FRIEDMAN

MELISSA JEROME, et al.,

    Defendants.

_____/

## **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Magistrate Judge Mark A. Randon has filed a Report and Recommendation ("R&R") in which he recommends that the court deny defendants' motion for summary judgment as to their exhaustion argument and that the court deny defendants' motion without prejudice as to their remaining arguments. The R&R also recommends that the court permit defendants to file another dispositive motion (which they did shortly after the R&R was issued) addressing various issues. No party has objected to the R&R and the time for doing so has expired. The court finds the R&R persuasive and its recommendation sound. The court therefore accepts and adopts the R&R as the findings and conclusions of the court. Additionally, plaintiff's motion for contempt [docket entry 27] is denied.

    SO ORDERED.

                                             S/Bernard A. Friedman_____
Dated: August 25, 2011                  BERNARD A. FRIEDMAN
  Detroit, Michigan                   SENIOR UNITED STATES DISTRICT JUDGE